IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ANGELO LEE**  **PLAINTIFF**
ADC #192734

V.  CASE NO. 4:20-cv-00282 JM

**KYLE OSBOURNE, Mayor of**
**Searcy, *et al*.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 18th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE